Earl Wayne COATS, Plaintiff–
Appellee, Cross–Appellant,

v.

PENROD DRILLING CORPORATION,
et al., Defendants,

Penrod Drilling Corporation and Hytorc,
M.E., Defendants–Appellants, Cross–
Appellees.

No. 92–7378.

United States Court of Appeals,
Fifth Circuit.

April 28, 1994.

James O. Dukes, Bryant, Clark, Dukes, Blakeslee, Ramsay & Hammond, Gulfport, MS, James O.M. Womack, Bernard H. Ticer, Burke & Mayer, New Orleans, LA, for Penrod.

William B. Gibbens, III, Gelpi, Sullivan, Carroll & Gibbens, P.C., New Orleans, LA, for Hytorc, M.E.

Maurice C. Hebert, Jr., David M. Flotte, Hebert, Mouledoux & Bland, New Orleans, LA, for appellee.

## ON SUGGESTIONS FOR REHEARING EN BANC

Before POLITZ, Chief Judge, KING, GARWOOD, JOLLY, HIGGINBOTHAM, DAVIS, JONES, SMITH, DUHÉ, WIENER, BARKSDALE, EMILIO M. GARZA, and DeMOSS, Circuit Judges.

BY THE COURT:

A member of the Court in active service having requested a poll on the suggestion for rehearing en banc and a majority of the judges in active service having voted in favor of granting a rehearing en banc,

IT IS ORDERED that this cause shall be reheard by the Court en banc with oral argument on a date hereafter to be fixed. The Clerk will specify a briefing schedule for the filing of supplemental briefs.